# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 3, 2006

131257

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DOROTHY GLENN, Personal Representative
of the Estate of ANDREW GLENN, Deceased,
        Plaintiff-Appellee,

v

HAL F. MARTENS, D.O. and CONSULTANTS
IN ARTHRITIS & ALLIED CONDITIONS,
        Defendants-Appellants,

and

GENESYS REGIONAL MEDICAL CENTER
and HEE DONG PARK, M.D.,
        Defendants.
_____/

SC: 131257
COA: 258233
Genesee CC: 02-073261-NH

       On order of the Court, the application for leave to appeal the April 13, 2006 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties may file supplemental briefs within 28 days of the date of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 3, 2006

_____
Clerk

d1031